**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEREMY MONSKY** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 26-643** |
| | : | |
| **AMAZON.COM, INC.** | : | |

## ORDER

This 27th day of May, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 12, is **GRANTED,** and the Complaint is dismissed with prejudice.

  /s/ Gerald Austin McHugh
United States District Judge